is evident from the concluding sentences of the paragraph containing the erroneous statement, which read:

\* \* \* As the collector must break down the unit value returned by the appraiser by deducting nondutiable charges, he must also break it down to obtain the value of the talc upon the basis of the net weight. In so doing, the weight of the coverings must be excluded.

The inadvertent use of the word "total" for "unit" did not affect the result. We also adhere to our view that the tariff ton is a ton of 2,240 pounds, known as the long ton.

For the reasons stated, it is hereby *ordered* that the said motion be and the same hereby is denied.

BEFORE THE FIRST DIVISION, JUNE 6, 1946

No. 51181.—Protest 993180–G of Ashcraft-Wilkinson Co. (Norfolk).

Opinion by MOLLISON, J. It was stipulated that the merchandise invoiced as kelp meal is the same as that the subject of *Centennial Flouring Mills Co.* v. *United States* (29 C. C. P. A. 264, C. A. D. 200) and Abstract 49792. In accordance therewith the claim for free entry under paragraph 1705 was sustained.

No. 51182.—Protest 997066–G of Ashcraft-Wilkinson Co. (Savannah).

Opinion by MOLLISON, J. It was stipulated that the merchandise invoiced as kelp meal is the same as that the subject of *Centennial Flouring Mills Co.* v *United States* (29 C. C. P. A. 264, C. A. D. 200) and Abstract 49792. In accordance therewith the claim for free entry under paragraph 1705 was sustained.

No. 51183.—Protest 95037–K of Balfour, Guthrie & Co., Ltd. (Los Angeles).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of coke manufactured from culm and duff of the same character and description as the coke covered by *Donaldson* v. *United States* (30 C. C. P. A. 223, C. A. D. 236) and Abstract 50352. In accordance therewith it was held that the coke is entitled to free entry of the tax or duty imposed under section 601 (c) (5), *supra*.

BEFORE THE SECOND DIVISION, JUNE 6, 1946

No. 51184.—Protests 122933–K, etc., of Puerto Rican Handcrafts et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 51185.—Protests 30357–K, etc., of George E. Mallinson Importing Co., Inc. (New York).